UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| N.P., A MINOR CHILD, BY AND THROUGH HER PARENTS AND NEXT FRIENDS, A.P. and J.P.<br>　　　Plaintiff<br>v.<br><br>HAMPDEN-WILBRAHAM REGIONAL SCHOOL DISTRICT,<br>　　　Defendant | C.A. No. 3:15-CV-30164-KAR |

## **PLAINTIFF'S MOTION TO CONTINUE SCHEDULING CONFERENCE**

The Plaintiff moves to continue the scheduling conference presently set for January 5, 2016. As grounds for this motion, the undersigned counsel for the Plaintiff is scheduled to begin a trial in Attleboro District Court on January 4, 2016 that may carry over through January 5, 2016.

Counsel have conferred regarding rescheduling and are both available on January 12, 2016 if that date is available for the Court.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　The Plaintiff,
　　　　　　　　　　　　　　　　　　N.P.
　　　　　　　　　　　　　　　　　　By her attorneys.

　　　　　　　　　　　　　　　　　_/s/ Jeffrey M. Sankey_
　　　　　　　　　　　　　　　　　Jeffrey M. Sankey, BBO# 551062
　　　　　　　　　　　　　　　　　Sankey Law Offices
　　　　　　　　　　　　　　　　　25 Braintree Hill Park, Suite 200
　　　　　　　　　　　　　　　　　Braintree, MA 02184
　　　　　　　　　　　　　　　　　(781) 930-3127
　　　　　　　　　　　　　　　　　jsankey@sankeylaw.com

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 27, 2015.

                     /s/ Jeffrey M. Sankey