# SANKEY LAW OFFICES, P.C.

Jeffrey M. Sankey

25 Braintree Hill Park, Suite 200
Braintree, MA 02184
Telephone: (781) 930-3127
JSankey@SankeyLaw.com

**Invoice submitted to:**


July 10, 2014

In Reference To:   Our File No.: EDLAW0303
Invoice #10258

### Professional Services

|  |  | Hours |
|---|---|---|
| 6/17/2014 | Initial meeting with ▓▓ regarding special education issues | 1.30 |
| 6/23/2014 | Telephone conference with ▓▓ regarding placement issues | 0.10 |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 1.40 | $385.00 |
| Balance due |  | $385.00 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jeff Sankey | 1.40 | 275.00 | $385.00 |

*Thank you for the opportunity to be of service.*

# SANKEY LAW OFFICES, P.C.

Jeffrey M. Sankey

25 Braintree Hill Park, Suite 200
Braintree, MA 02184
Telephone: (781) 930-3127
JSankey@SankeyLaw.com

Invoice submitted to:


November 19, 2014

In Reference To:  Our File No.: EDLAW0303
Invoice #10345

### Professional Services

|            |                                                                                                                                                                  | Hours |
|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 10/26/2014 | Review new speech and language evaluation and notes regarding observation; review prior reports regarding assessment of case and prepare for meeting with ▮      | 1.20  |
| 10/29/2014 | Meeting with ▮ regarding discussion of evaluations                                                                                                               | 1.00  |

|                                      | Hours | Amount    |
|--------------------------------------|-------|-----------|
| For professional services rendered   | 2.20  | $605.00   |
| Previous balance                     |       | $385.00   |

### Accounts receivable transactions

| 7/18/2014 | Payment - Thank You | ($385.00) |
|-----------|---------------------|-----------|
|           | Total payments and adjustments | ($385.00) |

Balance due   $605.00

### Timekeeper Summary

| Name        | Hours | Rate   | Amount  |
|-------------|-------|--------|---------|
| Jeff Sankey | 2.20  | 275.00 | $605.00 |

*Thank you for the opportunity to be of service.*

# SANKEY LAW OFFICES, P.C.

Jeffrey M. Sankey

25 Braintree Hill Park, Suite 200
Braintree, MA 02184
Telephone: (781) 930-3127
JSankey@SankeyLaw.com

Invoice submitted to:



January 5, 2015

In Reference To:  Our File No.: EDLAW0303
Invoice #10378

### Professional Services

| Date | Description | Hours |
|---|---|---|
| 11/5/2014 | Review email from ▓ with team meeting notes | 0.10 |
| 11/24/2014 | Review observation report; begin draft of hearing request | 1.00 |
| 11/28/2014 | Continue preparation of hearing request; evaluate test scores to chart progress | 3.50 |
| 11/30/2014 | Complete draft of hearing request | 3.00 |
| 12/1/2014 | Telephone conference with ▓; prepare notice of unilateral placement; email to Amy | 0.50 |
| 12/17/2014 | Review team meeting notes and compare service delivery changes | 0.20 |
| 12/22/2014 | Telephone conference with ▓ regarding status | 0.20 |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 8.50 | $2,337.50 |
| Previous balance | | $605.00 |

**Accounts receivable transactions**

| | | |
|---|---|---|
| 1/5/2015 | Payment - Thank You | ($605.00) |
| | Total payments and adjustments | ($605.00) |
| | Balance due | $2,337.50 |

*Thank you for the opportunity to be of service.*

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jeff Sankey | 8.50 | 275.00 | $2,337.50 |

# SANKEY LAW OFFICES, P.C.

Jeffrey M. Sankey

25 Braintree Hill Park, Suite 200
Braintree, MA 02184
Telephone: (781) 930-3127
JSankey@SankeyLaw.com

Invoice submitted to:



April 7, 2015

In Reference To:  Our File No.: EDLAW0303
Invoice #10464

**Professional Services**

| | | Hours |
|---|---|---|
| 1/13/2015 | Telephone conference with ▆▆ regarding District notice of resolution meeting | 0.20 |
| 3/3/2015 | Telephone conference with ▆▆ regarding placement issues | 0.20 |
| 3/5/2015 | Telephone conference with ▆▆ regarding placement issues | 0.20 |
| 3/24/2015 | Finalize *hearing requsts* email to ▆▆ | 0.80 |
| 3/27/2015 | Telephone conference with ▆▆; review additional Curtis Blake testing; file hearing request | 0.70 |

| | | | Amount |
|---|---|---|---|
| For professional services rendered | | 2.10 | $577.50 |
| Previous balance | | | $2,337.50 |

**Accounts receivable transactions**

| | | |
|---|---|---|
| 1/29/2015 | Payment - Thank You | ($2,337.50) |
| Total payments and adjustments | | ($2,337.50) |
| Balance due | | $577.50 |

*Thank you for the opportunity to be of service.*

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jeff Sankey | 2.10 | 275.00 | $577.50 |

# SANKEY LAW OFFICES, P.C.



Jeffrey M. Sankey

25 Braintree Hill Park, Suite 200
Braintree, MA 02184
Telephone: (781) 930-3127
JSankey@SankeyLaw.com

Invoice submitted to:

May 11, 2015

In Reference To: Our File No.: EDLAW0303
Invoice #10498

### Professional Services

|  |  | Hours |
|---|---|---|
| 4/8/2015 | Review Curtis Blake School Progress Report | 0.20 |
| 4/15/2015 | Review District's response to hearing request | 0.30 |
| 4/21/2015 | Initial Conference Call with Hearing Officer; Telephone conference with ▆ | 0.40 |
| 4/30/2015 | Review emails from ▆ regarding Curtis Blake status; Telephone conference with ▆ | 0.30 |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 1.20 | $330.00 |
| Previous balance |  | $577.50 |

### Accounts receivable transactions

| 4/24/2015 | Payment - Thank You | ($577.50) |
|---|---|---|
|  | Total payments and adjustments | ($577.50) |
|  | Balance due | $330.00 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jeff Sankey | 1.20 | 275.00 | $330.00 |

*Thank you for the opportunity to be of service.*

# SANKEY LAW OFFICES, P.C.

Jeffrey M. Sankey

25 Braintree Hill Park, Suite 200
Braintree, MA 02184
Telephone: (781) 930-3127
JSankey@SankeyLaw.com

**Invoice submitted to:**


June 14, 2015

In Reference To: Our File No.: EDLAW0303
Invoice #10524

## Professional Services

|  |  | Hours |
|---|---|---|
| 5/1/2015 | Prepared interrogatories and requests for the production of documents to send to the District to initiate discovery. | 1.20 |
| 5/7/2015 | Review Alicia Ziegler's observation report | 0.30 |
| 5/12/2015 | Review documents and prepare chronology in preparation for prehearing conference | 0.50 |
| 5/13/2015 | Attendance at prehearing conference at Worcester | 2.50 |
|  | Travel to/from Worcester *(one-half time)* | 1.00 |
| 5/29/2015 | Review file to identify witnesses; identify hearing exhibits; telephone conference with ▓ regarding witnesses and strategy | 1.50 |

|  |  | Amount |
|---|---|---|
| For professional services rendered | 7.00 | $1,865.00 |

**Additional Charges:**

| 5/13/2015 | Travel to/from Worcester | 54.88 |
|---|---|---|
|  | Parking Fee | 7.00 |

| Total additional charges | $61.88 |
|---|---|

| Total amount of this bill | $1,926.88 |
|---|---|
| Previous balance | $330.00 |

*Thank you for the opportunity to be of service.*

|  | Amount |
|---|---|
| **Accounts receivable transactions** | |
| 5/22/2015  Payment - Thank You | ($330.00) |
| Total payments and adjustments | ($330.00) |
| Balance due | $1,926.88 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alisa Hall | 1.20 | 225.00 | $270.00 |
| Jeff Sankey | 5.80 | 275.00 | $1,595.00 |

Thank you for the opportunity

# SANKEY LAW OFFICES, P.C.

Jeffrey M. Sankey

25 Braintree Hill Park, Suite 200
Braintree, MA 02184
Telephone: (781) 930-3127
JSankey@SankeyLaw.com

Invoice submitted to:



August 27, 2015

In Reference To: Our File No.: EDLAW0303
Invoice #10556

### Professional Services

| Date | Description | Hours |
|---|---|---|
| 6/4/2015 | Hearing preparation: review documents and prepared detailed outline of dates and facts | 2.80 |
| 6/5/2015 | Review Dr. Miles report; telephone conference with Dr. Miles regarding hearing testimony; telephone conference with ▆ | 1.40 |
|  | Prepare documents for Dr. Miles' review | 0.30 |
| 6/6/2015 | Preparation for hearing: preparation of direct examination of Dr. Joanna Miles | 3.30 |
|  | Research regarding reading remediation studies | 1.70 |
| 6/8/2015 | Hearing preparation: preparation of direct examination of Alicia Ziegler | 2.00 |
| 6/9/2015 | Hearing preparation: continue preparation of direct examination of Alicia Ziegler | 1.10 |
| 6/10/2015 | Telephone conference with Dr. Miles regarding preparation for testimony | 1.00 |
|  | Hearing preparation: further preparation of direct examination of Alicia Ziegler | 1.00 |
| 6/12/2015 | Hearing preparation: meeting at Curtis Blake School with Linda Lafontaine and Nancy Marchand | 2.50 |
|  | Hearing preparation: meeting with Alicia Estes Ziegler | 3.00 |
|  | Travel to/from Springfield to meet with parent and witnesses for hearing preparation | 4.00 * |
| 6/14/2015 | Comprehensive review of all student records; identify, organize and prepare exhibits for hearing in compliance with BSEA rules; prepare witness list; prepare correspondence to Hearing Officer | 6.80 |

*Thank you for the opportunity to be of service.*

|  |  | Hours |
|---|---|---|
| 6/14/2015 | Correspondence with experts Miles and Ziegler concerning exhibits | 0.40 |
| 6/15/2015 | Hearing preparation: preparation of direct examination of Linda Lafontaine | 2.50 |
| 6/16/2015 | Hearing preparation: begin preparation of direct examination of ▬▬▬ | 1.70 |
| 6/17/2015 | Hearing preparation: Continue review of documents and prepare direct examination of ▬▬ | 1.00 |
| 6/18/2015 | Hearing preparation: further preparation of direct examination of ▬▬▬ | 0.70 |
|  | Comprehensive review of school exhibits; prepare notes for cross examination of school witnesses | 4.20 |
| 6/19/2015 | Hearing preparation: complete direct examination outlines of witnesses ▬▬▬ Alicia Ziegler, Joanna Miles and Linda Lafontaine | 1.50 |
|  | Telephone conference with ▬▬ regarding team meeting | 0.30 |
|  | Telephone conference with Alicia Ziegler | 0.20 |
|  | Further review of school district exhibits | 0.60 |
| 6/22/2015 | Hearing preparation: Conference Call with Dr. Miles regarding preparation for testimony | 0.50 |
|  | Hearing preparation: Conference Call with Alicia Ziegler regarding preparation for testimony | 0.60 |
|  | Hearing preparation: Conference Call with ▬▬▬ regarding preparation for testimony | 1.00 |
|  | Hearing preparation: preparation of outline for opening statement; further preparation of direct examination for Day 1 witnesses | 1.50 |
| 6/23/2015 | Attendance at Hearing Day 1 (presentation of testimony of Miles, Ziegler and ▬▬▬) | 6.50 |
|  | Travel to/from Worcester | 2.00 ✷ |
| 6/24/2015 | Hearing Preparation: Conference Call with Linda Lafontaine regarding testimony | 0.90 |
|  | Hearing preparation: research regarding District reading assessments used to claim progress | 2.00 |
|  | Hearing preparation: review of school exhibits and begin preparation of cross examination outlines for District witnesses | 1.50 |
| 6/25/2015 | Attendance at hearing, Day 2 (presentation of testimony of ▬▬▬ and Linda Lafontaine) | 5.50 |
|  | Travel to/from Worcester | 2.00 ✷ |
| 6/28/2015 | Hearing Preparation: further review of school documents and further preparation of cross examination of 6 school witnesses | 4.80 |

|  |  | Hours |
|---|---|---|
| 6/28/2015 | Hearing Preparation: research regarding testing instruments used by school as evidence of academic progres | 1.40 |
| 6/29/2015 | Attendance at hearing, Day 3 | 8.50 |
|  | Travel to/from Worcester | 2.00 ✈ |
|  | Hearing preparation: further preparation of cross examination for Day 4 school witnesses | 1.00 |
| 6/30/2015 | Attendance at hearing, Day 4 | 5.50 |
|  | Travel to/from Worcester | 2.00 ✈ |
| 7/2/2015 | Review hearing notes and begin outline of closing brief | 3.00 |
| 7/6/2015 | Review of hearing transcript from Days 1 and 2; legal research regarding FAPE standards, private school reimbursement standards and BSEA cases approving language based programs; continue preparation of closing brief | 5.50 |
| 7/7/2015 | Review of hearing transcript from Day 3; continue preparation of closing brief | 2.00 |
| 7/9/2015 | Review of hearing transcript from Day 4; complete draft of closing brief | 3.50 |
| 7/10/2015 | Emails with ████ regarding closing brief; finalize and file closing brief | 1.30 |
|  | Review school's closing brief | 0.30 |
| 8/19/2015 | Review and analysis of hearing officer's decision | 0.50 |

|  |  |  | Amount |
|---|---|---|---|
|  | For professional services rendered | 109.30 | $30,057.50 |
|  |  |  | *[handwritten]* − 1650.00 |
|  |  |  | 28407.50 |
|  | **Additional Charges :** |  |  |
| 6/12/2015 | Travel to/from North Easton to Springfield |  | 98.00 |
| 6/14/2015 | Photocopies |  | 105.00 |
| 6/23/2015 | Travel to/from Worcester @ 110 miles x .49/mile |  | 53.90 |
|  | Parking in Worcester |  | 12.00 |
| 6/25/2015 | Travel to/from Worcester @ 110 miles x .49/mile |  | 53.90 |
|  | Parking |  | 8.00 |
| 6/29/2015 | Mileage Charges; Travel to/from Worcester @ 110 miles x .49/mile |  | 53.90 |
|  | Parking Fee |  | 8.00 |

*[handwritten]* ✱ Reflects reduction of 12 hours travel at $137.50 per hour.

|  |  | Amount |
|---|---|---:|
| 6/30/2015 | Mileage Charges;  Travel to/from Worcester @ 110 miles x .49/mile | 53.90 |
|  | Parking Fee | 8.00 |
|  | **Total additional charges** | $454.60 |
|  | Total amount of this bill | $30,512.10 |
|  | Previous balance | $1,926.88 |
|  | **Accounts receivable transactions** |  |
| 7/10/2015 | Payment - Thank You | ($1,926.88) |
|  | Total payments and adjustments | ($1,926.88) |
|  | Balance due | $30,512.10 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Jeff Sankey | 109.30 | 275.00 | $30,057.50 |

# SANKEY LAW OFFICES, P.C.

Jeffrey M. Sankey

25 Braintree Hill Park, Suite 200
Braintree, MA 02184
Telephone: (781) 930-3127
JSankey@SankeyLaw.com

Invoice submitted to:



February 8, 2016

In Reference To: Our File No.: EDLAW0303
Invoice #10702

## Professional Services

| Date | Description | Hours |
|---|---|---|
| 9/12/2015 | Legal research and review of cases regarding claims for attorney's fees in First Circuit; Legal research regarding prevailing party determination | 3.50 |
| 9/14/2015 | Draft complaint for attorney's fees and prepare filing documents | 1.50 |
| 9/15/2015 | Finalize and file complaint for attorney's fees | 1.00 |
| 9/24/2015 | Attention to service of process, including preparation of notice and waiver of service | 0.50 |
| 11/9/2015 | Email to school counsel regarding waiver of service; communication with New England Constable Service regarding service of summons; attention to documents for service; research regarding Wilbraham School Committee and identifying individual to be served | 0.60 |
| 11/10/2015 | Emails to/from school counsel regarding waiver; attention to filing waiver | 0.30 |
| 11/21/2015 | Review Wilbraham's answer to complaint | 0.20 |
| 12/19/2015 | Preparation of Joint Statement and certification; review file and preparation of demand to defendant | 0.80 |
| 12/27/2015 | Finalize and file joint statement and certification; prepare motion to continue scheduling conference | 0.30 |
| 1/12/2016 | Review file in preparation for scheduling conference; attendance at scheduling conference at United States District Court in Springfield | 0.90 |
| | Travel to/from Springfield for Scheduliing Conference | 3.00 |
| 1/19/2016 | Begin draft of Statement of Facts and Memorandum in Support of Motion for Summary Judgment; legal research regarding attorney's fees in IDEA cases | 3.00 |

*Thank you for the opportunity to be of service.*

|  |  | Hours |
|---|---|---|
| 1/21/2016 | Further preparation of motion for summary judgment and statement of facts; Telephone conferences with attorneys Gillis and Seckler regarding affidavits | 2.50 |
| 2/8/2016 | Preparation of affidavits for Attorneys Secker, Gillis and Sindelar; finalize statements of facts and motion for summary judgment; prepare attorney's affidavit; prepare exhibits | 3.80 |

|  | Amount |
|---|---|
| For professional services rendered   21.90 | $4,380.00 |

**Additional Charges:**

| 9/15/2015 | Filing Fee | 400.00 |
|---|---|---|

| Total additional charges | $400.00 |
|---|---|

| Total amount of this bill | $4,780.00 |
|---|---|
| Previous balance | $30,512.10 |
| Balance due | $35,292.10 |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jeff Sankey | 21.90 | 200.00 | $4,380.00 |