UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| N.P., A MINOR CHILD, BY AND THROUGH )<br>HER PARENTS AND NEXT FRIENDS, )<br>A.P. and J.P., )<br>       Plaintiffs )<br>)<br>v. )<br>)<br>HAMPDEN-WILBRAHAM REGIONAL )<br>SCHOOL DISTRICT, )<br>       Defendant ) | C.A. No. 3:15-CV-30164KAR |

**HAMPDEN-WILBRAHAM REGIONAL SCHOOL DISTRICT'S**
**<u>CROSS MOTION FOR SUMMARY JUDGMENT</u>**

The Hampden-Wilbraham Regional School District, (hereinafter "the District"), respectfully submits its Cross Motion for Summary Judgment in the above-captioned action. The District states that the Plaintiff is entitled to partial relief with respect to the reimbursement of attorney's fees because she was only successful on one issue of her claim. The District further states that the attorney's fees being submitted by Plaintiff's attorney are not consistent with the fees charged by attorneys in Western Massachusetts practicing in this area of the law, and should therefore be reduced.

In support of this motion, the District submits the accompanying Memorandum of Law, Statement of Material Facts with supporting exhibits, Affidavit of Peter L. Smith, and Affidavits of Attorneys Rebecca Bouchard, Fernand Dupere, Bryan Clauson, and Wheatly Gulmi-Landy.

1

WHEREFORE, the District prays for the following relief:

a) That this Court determine that the Plaintiff is a partially prevailing party and is therefore not entitled to full reimbursement of her attorney's fees, pursuant to *Hensley v. Eckerhart,* 461 U.S. 424 (1983); and

b) That this Court determine that the hourly rates for Greater Boston attorneys is not in line with hourly rates charged by Western Massachusetts attorneys, and should therefore be reduced.

        Respectfully submitted,

        HAMPDEN-WILBRAHAM
        REGIONAL SCHOOL DISTRICT

        By its attorney,


        /s/ Peter L. Smith_____
        Peter L. Smith, Esq.
        200 North Main Street, Suite 8
        East Longmeadow, MA 01028
        (413) 525-1136
        (413) 525-4128
        BBO# 542544

Dated: March 1, 2016        plsmithlawoffice@gmail.com

**CERTIFICATE OF SERVICE**

      I, Peter L. Smith, hereby certify that on March 1, 2016, this document was filed through the Court's ECF system and will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those indicated as non-registered participants by first class mail on March 1, 2016.

                                                      /s/ Peter L. Smith_____
                                                      Peter L. Smith