UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| N.P., A MINOR CHILD, BY AND THROUGH HER PARENTS AND NEXT FRIENDS, A.P. and J.P., <br>     Plaintiffs <br><br> v. <br><br> HAMPDEN-WILBRAHAM REGIONAL SCHOOL DISTRICT, <br>     Defendant | C.A. No. 3:15-CV-30164KAR |

# HAMPDEN-WILBRAHAM REGIONAL SCHOOL DISTRICT'S STATEMENT OF MATERIAL FACTS

1. On or about March 27, 2015, the Parents filed a Request for Hearing before the Bureau of Special Education Appeals ("BSEA"), seeking retroactive reimbursement for their unilateral placement of their daughter in the Curtis Blake Day School in January 2015.

2. The Request for Hearing also sought "an order of placement in appropriate language-based classroom for the 2015-2016 school year."

3. At the hearing, the Hearing Officer framed the issues as "whether Hampden-Wilbraham's proposed IEPs and amendments thereto in the period from May 20, 2014 to the present were and are calculated to provide Lauren[1] with a free appropriate public education. See Transcript of Hearing, June 23, 2015, page 8, attached hereto and incorporated herein by reference as Exhibit #1, page 8.

---

[1] Lauren is a pseudonym for the Student chosen by the Hearing Officer.

4. The Hearing Officer determined that if the answer to the above question is "no," "I must order reimbursement for the unilateral placement at Curtis Blake Day school in Springfield, Massachusetts and consider ordering the district to place Lauren at Curtis Blake if I find it appropriate going forward for Lauren." See Exhibit #1.

5. On June 30, 2015, following discussion with the attorneys, the Hearing Officer stated, "I do not have enough information in front of me to feel like I could make a prospective placement at Curtis Blake were I to find that the IEP offered by Hampden-Wilbraham did not offer Lauren a FAPE." See Transcript of Hearing, June 30, 2015, page 128, attached hereto and incorporated by reference herein as Exhibit #2.

6. During the hearing, the District presented extensive testimony regarding the Focus Program, a substantially separate language based program at Stony Hill School for the 2015-2016 school year, to be taught by Terrie Henrich. Ms. Henrich has a Master's Degree in Special Education and has been teaching since 1987, including six (6) years as a teacher at Curtis Blake and as a current teacher in their summer clinic. She began working for the District in 2001. See Transcript of Hearing, June 29, 2015, Testimony of Terrie Henrich, attached hereto and incorporated by reference herein as Exhibit #3; see also Exhibit #6, Decision, at pages 24-25. See also Focus Classroom Description, attached here to and incorporated by reference herein as Exhibit #4; this Classroom Description was provided one (1) week before the start of the hearing, on June 16, 2015 as Exhibit #29 of the District's Exhibits for the Bureau of Special Education Appeals Hearing.

7. In her Decision, issued on August 19, 2015, the Hearing Officer noted that Ms. Henrich was described by her current principal as "our most valuable person in the school for phonemic awareness," and that Linda LaFontaine, Principal of the Curtis Blake School,

testified that Ms. Henrich "is a skilled reading teacher who 'did a great job integrating the strategies' in the program." See Transcript of Hearing, June 25, 2015, Testimony of Linda LaFontaine, pages 117-120, attached hereto and incorporated by reference herein as Exhibit #5; see also Decision, attached hereto and incorporated by reference herein as Exhibit #6, at page 25.

8. In the Decision, the Hearing Officer found that the District did not provide FAPE to the Student from May 20, 2014 to the present (August 2015). See Exhibit #5, Decision, page 2.

9. The Hearing Officer further considered "whether the [Focus] program proposed by the District for the 2015-2016 school year is an appropriate placement for [Nicole], and if not, whether this program could be made appropriate." See Exhibit #5, Decision, page 2.

10. The Hearing Officer noted that "the proposed Focus Program would include writing, social skills, listening comprehension skills and math, based on the underpinnings of a successful reading program: phonemic awareness, comprehension, fluency and sight words. The program would incorporate executive functioning, organizational, and pragmatic skills. The curriculum would be primarily Lindamood, with comprehension elements – Story Grammar Marker, ThemeMaker – and Social Thinking built in." Students would "receive their reading and math instruction one-on-one or in small groups in a separate classroom with Ms. Henrich." See Exhibit #3, Transcript of Hearing, June 29, 2015, Testimony of Terrie Henrich; see also Exhibit #5, Decision, at page 25. The Hearing Officer took note of Ms. Henrich's testimony that during her time at Curtis Blake, instruction was given using "very nearly the same" programs. Exhibit #6, Decision, page 25.

11. Opportunities for inclusion would occur during morning meetings (accompanied by Ms. Henrich), and "specials," when students "interact with typical peers in art, music, the computer and science labs, the library, and the gym." Social Studies and Science instruction "would take place in the general education setting, where students would also be accompanied by Ms. Henrich." See Exhibit #3, Transcript of Hearing, June 29, 2015, Testimony of Terrie Henrich; see also Exhibit #5, Decision, at page 25.

12. The Student's Team met on June 19, 2015 for a "review of programming" for the 2015-2016 school year. The District began to discuss the Focus Program which would be available to third graders, including the Student, for the upcoming school year. The Parent excused herself, stepped outside of the classroom, spoke with her attorney, came back into the room, and left the meeting.

13. The Focus Program had already been developed, approved, and put in place when the Student's Team reconvened on August 31, 2015 to present an Individualized Education Plan ("IEP") for the Focus Program at Stony Hill School.

14. On the same date, the Parent refused the proposed placement and continued the Student's enrollment at the Curtis Blake School. See N-1, Placement Page, and Parent's Rejection Letter, attached hereto and incorporated by reference herein as Exhibit #7.

16. In her Order, the Hearing Officer mandated that "Hampden-Wilbraham Regional School District is further directed to locate or create a substantially separate language-based program for [the Student], with opportunities for inclusion. **Its Focus Program may well be appropriate.**" Decision, page 31 (emphasis added).

17. The Hearing Officer also found that "should the Focus Program materialize as described by Ms. Henrich, in the form of a substantially separate, language-based program with

appropriate peers that incorporates Lindamood Bell and other evidence based reading strategies across the curriculum, with opportunities for inclusion and flexibility based on students' needs, **it would be appropriate for [the Student]**." Exhibit 6, Decision, page 31. (emphasis added)

18. As noted in Paragraph 13, above, the Focus Program had already "materialized" and was in existence in the spring of 2015. The Focus Program began on September 2, 2015; it remains currently in operation and will continue for the 2016-2017 school year. See Exhibit #8, Affidavit of Dr. Debra Tobias.

19. As testified to at the due process hearing, Terrie Henrich is the lead teacher in the Focus Program. The Program provides intensive language-based services to four (4) students similarly situated to the Plaintiff's daughter. *Id.*

20. Had the Parent accepted the proposed IEP and Placement Consent, the Student would be the fifth third-grader placed in the FOCUS Program.

21. To date, the Parent has neither challenged the sufficiency and appropriateness of the Focus Program for her daughter, nor requested retroactive reimbursement for her private unilateral placement at Curtis Blake School.

22. Pursuant to the BSEA Hearing Decision, the Focus Program at Stony Hill School, not the Curtis Blake School, is the Student's "stay-put' placement.

Respectfully submitted,

HAMPDEN-WILBRAHAM
REGIONAL SCHOOL DISTRICT

By its attorney,

/s/ Peter L. Smith_____
Peter L. Smith, Esq.
200 North Main Street, Suite 8
East Longmeadow, MA 01028
(413) 525-1136
(413) 525-4128
BBO# 542544
plsmithlawoffice@gmail.com

Dated: March 1, 2016

**CERTIFICATE OF SERVICE**

I, Peter L. Smith, hereby certify that on March 1, 2016, this document was filed through the Court's ECF system and will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those indicated as non-registered participants by first class mail on March 1, 2016.

/s/ Peter L. Smith_____
Peter L. Smith