UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

N.P., A MINOR CHILD, BY AND THROUGH )
HER PARENTS AND NEXT FRIENDS, )
A.P. and J.P., )
    Plaintiffs )
)
v. ) C.A. No. 3:15-CV-30164KAR
)
HAMPDEN-WILBRAHAM REGIONAL )
SCHOOL DISTRICT, )
    Defendant )

## AFFIDAVIT OF ATTORNEY PETER L. SMITH

I, Peter L. Smith, upon oath do depose and state the following:

1. I am a practicing attorney with a principal place of business located at 200 North Main Street, Suite 8, East Longmeadow, Massachusetts.

2. I have been a member in good standing of the Massachusetts Bar since December 19, 1983.

3. My legal practice has and is concentrated in the area of school law.

4. I currently represent approximately fifteen (15) school districts in Western Massachusetts and over thirty (30) parents on behalf of their child(ren).

5. I have litigated over one hundred (100) cases before the Bureau of Special Education Appeals ("BSEA").

6. I have also litigated many educational cases before the U.S. District Court and First Circuit Court of Appeals.

7. Based upon my experience, reputation, and skill, my current hourly rate is as follows:

   a. Time reasonably spent out of Court and/or Hearing/Mediation at one hundred fifty and 00/100 ($150.00) dollars;

   b. Time reasonably spent in Mediation, Hearing, and conferences before the BSEA, Office of Civil Rights, or other administrative agency at one hundred seventy-five and 00/100 ($175.00) dollars;

   c. Time reasonably spent in Superior or Federal Court at two hundred and 00/100 ($200.00) dollars; and

   d. Time reasonably spent on the Appellate Level at two hundred twenty-five and 00/100 ($225.00) dollars.

8. Based upon my experience, reputation, and skill, effective July 1, 2016 my hourly rate will be as follows:

   1. Time reasonably spent out of Court (including travel and phone conversations) and/or Out of Hearing/Mediation at one hundred seventy-five and 00/100 ($175.00) dollars per hour;

   2. Time reasonably spent in Mediation, Hearing, and conferences before the Bureau of Special Education Appeals, Office of Civil Rights, or other administrative agency, or in Juvenile or District Court at two hundred and 00/100 ($200.00) dollars per hour;

   3. Time reasonably spent in Superior or Federal Court at two hundred twenty-five and 00/100 ($225.00) dollars per hour; and

   4. Time reasonably spent on the Appellate Level at two hundred fifty and 00/100 ($250.00) dollars per hour.

Signed under the pains and penalties of perjury this 29th day of February 2016.

_____
Peter L. Smith