UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
N.P., A MINOR CHILD, BY AND THROUGH )
HER PARENTS AND NEXT FRIENDS, )
A.P. and J.P., )
    Plaintiffs )
) C.A. No. 3:15-CV-30164KAR
v. )
)
HAMPDEN-WILBRAHAM REGIONAL )
SCHOOL DISTRICT, )
    Defendant )
)

## AFFIDAVIT OF ATTORNEY BRYAN CLAUSON

I, Bryan Clauson, upon oath do depose and state the following:

1. I am a practicing attorney with a principal place of business located at 55 State Street, Suite 205, Springfield, Massachusetts.

2. I have been a member in good standing of the Massachusetts Bar since June 13, 2000.

3. My legal practice is concentrated in the area of school law.

4. My legal practice has, as one of its areas of concentration, special education law and representing children with disabilities

5. Currently, I represent numerous parents on behalf of their special needs child(ren) residing in Western Massachusetts.

6. I have litigated cases before the Bureau of Special Education Appeals.

7.  Based upon my experience, reputation, and skill, my current hourly rate is $175.00 per hour for special education cases.

Signed under the pains and penalties of perjury this 29th day of February 2016.

_Bryan K. Clauson, Esq._
Bryan Clauson