UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

N.P., A MINOR CHILD, BY AND THROUGH
HER PARENTS AND NEXT FRIENDS,
A.P. and J.P.,
Plaintiffs

v.

C.A. No. 3:15-CV-30164KAR

HAMPDEN-WILBRAHAM REGIONAL
SCHOOL DISTRICT,
Defendant

## AFFIDAVIT OF ATTORNEY FERNAND DUPERE.

I, Fernand Dupere, upon oath do depose and state the following:

1. I am a practicing attorney with a principal place of business located at 94 North Elm Street, Suite 307, Westfield, Massachusetts.

2. I have been a member in good standing of the Massachusetts Bar since December 15, 1978.

3. My legal practice is concentrated in the area of school law.

4. I currently represent multiple school districts in Western Massachusetts.

5. I have litigated cases before the Bureau of Special Education Appeals.

6. Based upon my experience, reputation, and skill, my current hourly rate is two hundred and 00/100 ($200.00) dollars per hour for special education cases.

Signed under the pains and penalties of perjury this 29th day of February 2016.

_____
Fernand Dupere.