UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

N.P., A MINOR CHILD, BY AND THROUGH )
HER PARENTS AND NEXT FRIENDS, )
A.P. and J.P., )
    Plaintiffs )
)
v. )    C.A. No. 3:15-CV-30164KAR
)
HAMPDEN-WILBRAHAM REGIONAL )
SCHOOL DISTRICT, )
    Defendant )

## AFFIDAVIT OF ATTORNEY REBECCA BOUCHARD

I, Rebecca Bouchard, upon oath do depose and state the following:

1. I am a practicing attorney with a principal place of business located at Chicopee Public Schools, 180 Broadway, Chicopee, Massachusetts.

2. I have been a member in good standing of the Massachusetts Bar since July 15, 2004.

3. My legal practice is concentrated in the area of school law.

4. I am currently employed by the Chicopee Public Schools and Ludlow Public Schools as their Legal Compliance Officer.

5. Prior to this, I was an attorney in private practice at Doherty, Wallace, Pillsbury, and Murphy, P.C., Springfield, Massachusetts from January 2006 to December 2014.

6. During that period of time, I represented numerous school districts as well as parents relative to special education matters.

7. I have litigated cases before the Bureau of Special Education Appeals.

6. Based upon my experience, reputation, and skill, my hourly rate varied between one hundred twenty and 00/100 ($120.00) dollars and one seventy five and 00/100 ($175.00) dollars

per hour for special education cases which is commensurate with the rate charged by practitioners in Western Massachusetts

Signed under the pains and penalties of perjury this 29th day of February 2016.

_____
Rebecca Bouchard