UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
N.P., A MINOR CHILD, BY AND THROUGH    )
HER PARENTS AND NEXT FRIENDS,          )
A.P. and J.P.,                         )
         Plaintiffs                    )
                                       )   C.A. No. 3:15-CV-30164KAR
v.                                     )
                                       )
HAMPDEN-WILBRAHAM REGIONAL             )
SCHOOL DISTRICT,                       )
         Defendant                     )
                                       )
```

## AFFIDAVIT OF ATTORNEY WHEATLY R. GULMI-LANDY

I, Wheatly R. Gulmi-Landy, upon oath do depose and state the following:

1. I am a practicing attorney with a principal place of business located at 25 Main Street, Suite 202, Northampton, Massachusetts.

2. I have been a member in good standing of the Massachusetts Bar since December 7, 2007.

3. I currently specialize in the area of school law, special education law, and juvenile law.

4. I currently represent school districts in Western Massachusetts, as well as parents on behalf of their child(ren).

5. I have litigated cases before the Bureau of Special Education Appeals.

6. Based upon my experience, reputation, and skill, my current hourly rate is two hundred and 00/100 ($200.00) dollars per hour for special education cases.

Signed under the pains and penalties of perjury this 29th day of February 2016.

_____
Wheatly R. Gulmi-Landy