```
 1    to regular education students possible while
 2    still providing appropriate educational
 3    services.
 4            The issues in front of me as framed
 5    by the parents' hearing request include
 6    whether Hampden-Wilbraham's proposed IEPs and
 7    amendments thereto in the period from May 20,
 8    2014 to the present were and are calculated
 9    to provide ▊▊▊▊ with a free appropriate
10    education.
11            If I find that the answer to that
12    question is no, I must order reimbursement
13    for the unilateral placement at Curtis Blake
14    Day School in Springfield, Massachusetts and
15    consider ordering the district to place
16    ▊▊▊▊ at Curtis Blake if I find it
17    appropriate going forward for Nicole.
18            As the moving party, the parents have
19    the burden of persuasion in this matter.
20    What that means is that if the parents do not
21    present any credible evidence in support of
22    their claim, the district will prevail.
23    Also, if the evidence is closely balanced,
24    the district will prevail.
```

